```
DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCO ANTONIO SANCHEZ-MACIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO SANCHEZ-MACIEL,<br><br>　　　　　Defendant. | NO. 1:09-cr-0213 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  October 8, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 18, 2009, **may be continued to October 8, at 9:00 A.M.**

　　　This reason for the continuance is because Mr. Sanchez-Maciel just completed and submitted the PSR worksheet to Probation on September 15, 2009 and we have not received a plea agreement on this case. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                        LAWRENCE BROWN
                                        United States Attorney

DATED: September 17, 2009        By:    /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 17, 2009        By:    /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARCO ANTONIO SANCHEZ-MACIEL
```

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 17, 2009**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE